IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRENT MAYON COBB,<br><br>                Plaintiff,<br><br>v.<br><br>WARDEN LARRY BENZON et al.,<br><br>                Defendants. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br>Case No. 2:18-CV-975-DAK<br><br>District Judge Dale A. Kimball |

In an Order dated April 3, 2019, the Court required Plaintiff to within thirty days pay an initial partial filing fee of $0.51 and submit a consent to have the remaining fee collected in increments from Plaintiff's inmate account. To date, Plaintiff has done neither.

IT IS THEREFORE ORDERED that, because Plaintiff has failed to comply with the Court's order and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is DISMISSED without prejudice. This action is CLOSED.

                                    BY THE COURT:

                                    JUDGE DALE A. KIMBALL
                                    United States District Court