IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRENT MAYON COBB,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WARDEN LARRY BENZON et al.,<br><br>　　　　　　Defendants. | **MEMORANDUM DECISION &<br>ORDER GRANTING MOTION<br>TO SET ASIDE JUDGMENT**<br><br>Case No. 2:18-CV-975-DAK<br><br>District Judge Dale A. Kimball |

In an Order dated June 3, 2019 because Plaintiff appeared (based on Court records) not to have paid his initial partial filing fee (IPFF), the Court dismissed this case without prejudice. Plaintiff now moves the Court to set aside its judgment and provides documentation that he paid his IPFF. (Doc. No. 22.)

Good cause appearing, IT IS ORDERED that Plaintiff's motion to set aside judgment is GRANTED. (Doc. No. 21.)

IT IS FURTHER ORDERED that Plaintiff's motion for return of his complaint and exhibit is DENIED. (Doc. No. 18.) There appears to be no need now that the case is reinstated.

　　　　　　BY THE COURT:

　　　　　　_____
　　　　　　JUDGE DALE A. KIMBALL
　　　　　　United States District Court